UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARLEY D. ROOT, JR. AND MELISA D. JOBE,**

    **Plaintiff,**

v.                                                           Case No.: 4:19-CV-00347-MW-CAS

**WALT MCNEIL, in his official capacity
as Sheriff of LEON COUNTY; and
WES ROBERTS, in his individual capacity,**

    **Defendants.**
_____/

## **DEFENDANTS' INITIAL RULE 26 DISCLOSURES**

Defendants, WALT MCNEIL and WES ROBERTS, by and through undersigned counsel, and as directed by this Court's Initial Scheduling Order (ECF No. 3), hereby makes the following disclosures:

**I.**     **The names, if known, the address and phone number of each individual likely to have discoverable information which Defendant may use to support claims or defenses, identifying the subjects of the information.**

       A.    Harley D. Root, Jr., *Plaintiff*
                c/o Marie A. Mattox, P.A.
                Information related to Plaintiffs' claims and Defendants' defenses.

       B.    Melisa D. Jobe, *Plaintiff*
                c/o Marie A. Mattox, P.A.
                Information related to Plaintiffs' claims and Defendants' defenses.

1

    C.    Detective Wes Roberts, *Defendant*
          c/o Sniffen & Spellman, P.A.
          Information related to Plaintiffs' claims and Defendants' defenses.

    D.    Detective Jason Glover, Leon County Sheriff's Office
          c/o Sniffen & Spellman, P.A.
          Information related to Plaintiffs' claims and Defendants' defenses.

    E.    Detective Brad Reilly, Leon County Sheriff's Office
          c/o Sniffen & Spellman, P.A.
          Information related to Plaintiffs' claims and Defendants' defenses.

## II. DOCUMENTS AND TANGIBLE THINGS KNOWN TO DEFENDANT

    A.    Leon County Sheriff's Office General Offense / Incident Report Case Number: 180030445, Report No: 180030445-CR001

    B.    Search Warrant / Affidavit for Search Warrant / Property Receipts

    C.    Two bodycam videos, Case Number 18-30448
          1208 Springsax, Apt. B, September 18, 2018

    D.    33 photographs, Case Number 18-30448
          1208 Springsax, Apt. B, September 18, 2018

## III. COMPUTATION OF DAMAGES

Not applicable to Defendants.

## IV. INSURANCE AGREEMENTS

The Sheriff is a member of the Florida Sheriffs Risk Management Fund. It provides insurance-like coverage for Sheriff McNeil and his Deputies. A copy of the Fund Agreement in effect and applicable to the incident will be made

available to Plaintiffs for inspection and copying at a time and place mutually convenient to the parties.

Respectfully submitted this 24th day of October, 2019.

                                             */s/ Matthew J. Carson*
                                             **MATTHEW J. CARSON**
                                             Florida Bar No. 0827711
                                             mcarson@sniffenlaw.com
                                             **MICHAEL P. SPELLMAN**
                                             Florida Bar Number: 0937975
                                             mspellman@sniffenlaw.com

                                             **SNIFFEN & SPELLMAN, P.A.**
                                             123 North Monroe Street
                                             Tallahassee, Florida 32301
                                             Telephone: (850) 205-1996
                                             Facsimile: (850) 205-3004

                                             *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via the Court's CM/ECF system to counsel of record this 24th day of October, 2019.

                                      */s/ Matthew J. Carson*
                                      **MATTHEW J. CARSON**