**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**HARLEY D. ROOT, JR. and**
**MELISA D. JOBE,**

      **Plaintiffs,**

**v.**                        **CASE NO.  4:19-cv-347-MW-CAS**

**WALT MCNEIL, in his official**
**capacity as SHERIFF of LEON**
**COUNTY; and WES ROBERTS,**
**in his individual capacity,**

      **Defendant.**

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

      Marie A. Mattox and Marie A. Mattox, P.A., hereby file this Motion to Withdraw as Counsel for Plaintiffs and state the following in support thereof:

      1.      Irreconcilable differences have arisen between Plaintiffs and their counsel that require the immediate withdrawal from representation.

      2.      Counsel for Defendant, Matthew J. Carson, has been consulted and has no objection to the relief sought in this Motion.

      3.      Harley D. Root, Jr. and Melisa D. Jobe have been notified of the undersigned's intent to withdraw before this Motion is being filed and Ms. Jobe does not oppose the withdraw. It appears that Mr. Root does not oppose the withdraw either, however the undersigned is not certain, as Mr. Root is providing contradicting positions.

      4.      Plaintiff's last known mailing address, according to our records, is 1208

Springsax Drive, Apt B., Tallahassee, Florida 32305.  The phone number for Mr. Root is 305-381-5823 and Ms. Jobe is 918-497-7123.   Mr. Root's last known email address is: carvolueroot@gmail.com.        Ms.   Jobe's   last   known   email   address   is: melisatedder2020@gmail.com.

WHEREFORE, Marie A. Mattox, et al, respectfully request that they be permitted to withdraw as counsel for Plaintiffs for the reasons stated above.

Respectfully submitted,


s/ Marie A. Mattox
Marie A. Mattox [FBN 0739685]
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished to all counsel of record by CM/ECF to both Plaintiffs via United States Mail at the address noted above this 3rd day of December, 2019

s/ Marie A. Mattox
Marie A. Mattox