UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

HARLEY D. ROOT, JR.
MELISA JOBE,
    Plaintiffs,
vs

WALT MCNEIL,
WES ROBERTS
    Defendants.
_____/

CASE NO.: 4:19-cv-00347
DIVISION: WALKER

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES, MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO CONDUCT DISCOVERY, AND MOTION FOR EXTENSION OF DEADLINE TO FILE SUMMARY JUDGMENT MOTION

In response to Defendant's motions, the Plaintiff hereby waives objection to Defendant's motion for enlargement of time for Defendant's to Conduct Discovery and Defendant's motion for extension of deadline to file summary judgment motion. Plaintiffs, Harley Root and Melisa Jobe are represented by the undersigned's office jointly and the undersigned first appeared in this case on June 30, 2020. Prior to the undersigned's representation, the Plaintiff's were Pro Se.

Plaintiff, Melisa Jobe, lives in Oklahoma currently and recently moved from Louisiana during the course of our discovery period. As a result, obtaining verified interrogatories has been hindered. Ms. Jobe has been without her driver's license and has not been able to get the documents in question notarized. As of the date of

this response, Melisa Jobe has received a drivers license and completed the interrogatories, acquired proper notarization, and is in the process of mailing them to the undersigned from Oklahoma. Plaintiff, Melisa Jobe, does not have access to a scanner to merely email the verified interrogatories to her counsel. Once received, the responses will be promptly sent over to Defendant's counsel. Plaintiff, Melisa Jobe, hereby agrees to providing both Defendants with responses by December 9, 2020 if the Court is inclined to set a deadline for the responses to be received by Defense Counsel.

In regards to Plaintiff, Harley Root, Mr. Root lives in state but has not returned the verified responses to his counsel as of yet. Without breaking confidentiality, the undersigned does not agree with Mr. Root on the basis for his objections for not responding to Defendant's discovery request. Since, the undersigned can't agree the client and can't file a motion in good faith for furtherance of an extension, the undersigned must defer to the Court on handling Mr. Root's discovery responses.

In all, the undersigned is working diligently to obtain all requested information, documentation, and any and all evidence requested. As evidence thereof, the undersigned has been prompt in replying to Defense counsel's requests and acted with good faith while attempting to resolve the issue. Plaintiffs also

request this Court not to enter any sanctions at this time for all of the above-mentioned reasons.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic filing to Matthew Joseph Carson via email to mcarson@sniffenlaw.com and Michael Patrick Spellman via email to mspellman@sniffenlaw.com on this day of November 24, 2020.

/s/ Khambrel Davis
Khambrel Davis, Esquire
Florida Bar No. 125837
***DAVIS AND DAVIS LAW, PLLC.***
2255 Glades Road
Suite 330-W
Boca Raton, Florida 33431
Tel: (954) 612-1928
kdavis@ddlawpllc.com