UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARLEY D. ROOT, JR. and**
**MELISA D. JOBE,**

    **Plaintiffs,**

v.                                        Case No.: 4:19-CV-00347-MW-MAF

**WALT MCNEIL, in his official capacity**
**as Sheriff of LEON COUNTY; and**
**WES ROBERTS, in his individual capacity,**

    **Defendants.**
_____/

## JOINT STATUS REPORT REGARDING DISCOVERY

Pursuant to this Court's Initial Scheduling Order [ECF No. 3] the parties hereby file a joint status report, and state:

    1.    On August 29, 2019, Defendant Sheriff served his First Interrogatories to Plaintiff Root. On December 10, 2020, Plaintiff Root provided verified responses to same.

    2.    On August 29, 2019, Defendant Sheriff served his First Interrogatories to Plaintiff Jobe. On December 10, 2020, Plaintiff Jobe provided verified responses to same.

    3.    On August 29, 2019, Defendant Sheriff served his First Request to Produce to Plaintiff Root. Counsel for Plaintiff Root has indicated that he has no

responsive documents in his possession, and that he will serve a formal response to the request to produce shortly.

4. On August 29, 2019, Defendant Sheriff served his First Request to Produce to Plaintiff Jobe. Counsel for Plaintiff Jobe has indicated that he has no responsive documents in his possession, and that he will serve a formal response to the request to produce shortly.

5. On August 29, 2019, Defendant Roberts served his First Interrogatories to Plaintiff Root. On December 10, 2020, Plaintiff Root provided verified responses to same.

6. On August 29, 2019, Defendant Roberts served his First Interrogatories to Plaintiff Jobe. On December 10, 2020, Plaintiff Jobe provided verified responses to same.

7. On August 29, 2019, Defendant Roberts served his First Request to Produce to Plaintiff Root. Counsel for Plaintiff Root has indicated that he has no responsive documents in his possession, and that he will serve a formal response to the request to produce shortly.

8. On August 29, 2019, Defendant Roberts served his First Request to Produce to Plaintiff Jobe. Counsel for Plaintiff Jobe has indicated that he has no responsive documents in his possession, and that he will serve a formal response to the request to produce shortly.

9. Plaintiffs' depositions have been noticed for January 6, 2021.

Respectfully submitted this 18th day of December, 2020.

| | |
|---|---|
| */s/ Khambrel Davis* | */s/ Matthew J. Carson* |
| **KHAMBREL DAVIS** | **MATTHEW J. CARSON** |
| Florida Bar No. 125837 | Florida Bar No. 0827711 |
| Email: kdavis@ddlawpllc.com | Email: mcarson@sniffenlaw.com |
| **DAVIS AND DAVIS LAW, PLLC** | **MICHAEL P. SPELLMAN** |
| 4846 N University Dr. Suite 411 | Florida Bar No. 0937975 |
| Sunrise, Florida 33351 | Email: mspellman@sniffenlaw.com |
| Telephone: 954-612-1928 | |
| ***Attorneys for Plaintiffs*** | **SNIFFEN & SPELLMAN, P.A.** |
| | 123 North Monroe Street |
| | Tallahassee, Florida 32301 |
| | Telephone: 850-205-1996 |
| | Facsimile: 850-205-3004 |
| | ***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 18th day of December, 2020, a true and exact copy of the foregoing was furnished via been sent via the Court's CM/ECF system to counsel of record.

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**