## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

**CASE NO.: 4:19-cv-00347**

HARLEY D. ROOT, JR.　　　　　**DIVISION: WALKER**

MELISA JOBE,

　　　Plaintiffs,

vs

WALT MCNEIL,

WES ROBERTS

　　　Defendants.

_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR
## PLAINTIFFS' HARLEY D. ROOT, JR. AND MELISA JOBE

Davis and Davis Law, P.L.L.C., and Khambrel Davis, Esq., pursuant to

Local Rule 11.1(H), hereby respectfully moves this court for leave to withdraw as

an attorney of record for Plaintiffs' Harley D. Root, Jr. and Melisa Jobe.

1. Khambrel Davis, Esq., of Davis and Davis Law, P.L.L.C., filed his notice

   of appearance for Plaintiff Melisa Jobe in this matter on June 30th, 2020.

2. Khambrel Davis, Esq. of Davis and Davis Law, P.L.L.C., filed his notice

   of appearance for Plaintiff Harley D. Root, Jr. in this matter on

   September 16th, 2020.

3. During the course of representation, it became known that the two

   Plaintiffs' Harley D. Root, Jr. and Melisa Jobe were in a previous

   intimate relationship, had separated due to this case, and each began to

   make accusations about the other.

4.  As a result of learning of this, it became apparent that the Undersigned would not be able to zealously advocate for his clients, Harley D. Root, Jr. and Melisa Jobe because of potentially violating Rule 4-1.7 of The Florida Bar.

5.  Rule 4-1.7 Conflicts of Interest; Current Clients of The Florida Bar states, "except as provided in subdivision (b), a lawyer must not represent a client if: (1) the representation of one client will be directly adverse to another client; or (2) there is a substantial risk that the representation of one or more of the clients will be materially limited by the lawyer's responsibilities to another client, a former client, or a third person or by a personal interest of the lawyer.

6.  As a result of the separation of the Plaintiffs, there is a substantial risk that the representation of one of the clients will be materially limited by the Undersigned's responsibilities to another client.

7.  On February 5th, 2021, the Undersigned notified Plaintiff's Harley D. Root, Jr. and Melisa Jobe that he would no longer be able to represent them in this matter.

8.  On February 5th, 2021 Plaintiff Melisa Jobe acknowledged the Undersigned's decision to withdraw as counsel and understood she would no longer be represented by him.

9.  On February 5th, 2021 Plaintiff Harley D. Root, Jr. initially acknowledged the Undersigned's decision to withdraw as counsel and understood he would no longer be represented by him.

10. However, on February 13th, 2021 (Saturday) at approximately 7:30AM Plaintiff Harley D. Root, Jr. called and emailed the Undersigned irate and began making delusional statements about the case and derogatory statements about the Undersigned.

11. The delusional statements made by Mr. Root included, "if you won't tell me who put you in my life then you are not off this case…you've obviously been bought off just like Marie Mattox, Esq. (previous counsel who also withdrew from this case)…f** you for allowing the police to do this to us and you call me crazy…"

12. The derogatory statements made by Mr. Root included calling the Undersigned the n-word on the phone.

13. Plaintiff Harley D. Root, Jr. also accused the Undersigned of "filing this lawsuit wrong" when he did not file the lawsuit.  The lawsuit was filed by Plaintiff Root's previous counsel, Marie Mattox, Esq.

14. The undersigned has informed Plaintiffs, Harley D. Root, Jr. and Melisa Jobe, of all upcoming court dates, deadlines, discovery requests, and any other outstanding obligations.

15. As such, this Motion for Leave to Withdraw satisfies the 14-day notice required by Northern District of Florida Local Rule 11.1(H).[1]

WHEREFORE, the undersigned respectfully requests that this Court grant Davis and Davis Law, P.L.L.C. and Khambrel Davis, Esq. leave to withdraw from Plaintiffs' Harley D. Root, Jr. and Melisa Jobe's case.

Dated: February 19, 2021

s/ *Khambrel Davis*_____
Khambrel Davis, Esq.
Florida Bar No. 125837
**Davis and Davis Law, PLLC.**
2255 Glades Road
Suite 330-W
Boca Raton, FL 33431
Tel: (954) 612-1928
kdavis@ddlawpllc.com
***Counsel for Plaintiffs' Harley D. Root Jr. and Melisa Jobe***

---

[1] The Rule 11.1(H) Notice period for this claim falls on February 19, 2021.