UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARLEY D. ROOT, JR. and
MELISA D. JOBE,

    Plaintiffs,

v.                                                  Case No.: 4:19-CV-00347-MW-MAF

WALT MCNEIL, in his official capacity
as Sheriff of LEON COUNTY; and
WES ROBERTS, in his individual capacity,

    Defendants.
_____/

## JOINT RESPONSE TO COURT ORDER (ECF 58)

Pursuant to the Court's Order (ECF 58), the Parties submit the following joint response:

On March 22, 2021, Harley D. Root, Jr. (pro se), Melisa D. Jobe (pro se), and Matthew J. Carson (counsel for Defendants) conferred via telephone conference call.

The Parties discussed the status of discovery. Discovery in this matter has closed. Plaintiffs, who were previously represented by counsel, have responded to Defendants' Interrogatories, but have not responded to Defendants' Requests to Produce. See Joint Status Reports Regarding Discovery, ECF Nos. 8, 15, 19, 40, 46, 48, 52; Defendants' Motion to Compel Discovery Responses, ECF No. 41. Plaintiffs, through counsel, served discovery with a due date beyond their discovery deadline.

1

Defendants did not respond to those late requests. Plaintiffs are now pro se, and have indicated a desire to conduct written discovery.

Accordingly, the Parties propose that the discovery period be extended with the following deadlines:

Deadline for any party to serve written discovery requests: **April 21, 2021**

Deadline for any party to respond to written discovery requests: **May 21, 2021**

Deadline for the parties to complete all discovery: **May 21, 2021**

Further, the Parties anticipate that one or more of them will file a motion for summary judgment. The Parties propose that they file all dispositive motions, including motions for summary judgment, no later than **June 11, 2021**.

Respectfully submitted this 23rd day of March, 2021.

| | |
|---|---|
| */s/ Harley D. Root, Jr.* <br> **HARLEY D. ROOT, JR.** <br> carvolueroot@gmail.com <br> *Plaintiff* <br><br> */s/ Melisa D. Jobe* <br> **MELISA D. JOBE** <br> 1615 S. 116th E. Avenue <br> Tulsa, OK 74128 <br> 918-812-2237 <br> melisadeannjobe@gmail.com <br> *Plaintiff* | */s/ Matthew J. Carson* <br> **MATTHEW J. CARSON** <br> Florida Bar No. 0827711 <br> Email: mcarson@sniffenlaw.com <br> **MICHAEL P. SPELLMAN** <br> Florida Bar No. 0937975 <br> Email: mspellman@sniffenlaw.com <br><br> **SNIFFEN & SPELLMAN, P.A.** <br> 123 North Monroe Street <br> Tallahassee, Florida 32301 <br> Telephone:  850-205-1996 <br> Facsimile:  850-205-3004 <br> ***Attorneys for Defendants*** |

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via the Court's CM/ECF system to counsel of record this 23rd day of March, 2021.

            */s/ Matthew J. Carson*
            **MATTHEW J. CARSON**