UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARLEY D. ROOT, JR. and**
**MELISA D. JOBE,**

    **Plaintiffs,**

v.                                                    **Case No.: 4:19-CV-00347-MW-MAF**

**WALT MCNEIL, in his official capacity**
**as Sheriff of LEON COUNTY; and**
**WES ROBERTS, in his individual capacity,**

    **Defendants.**
_____/

## **STATUS REPORT REGARDING DISCOVERY**

    Pursuant to this Court's Initial Scheduling Order [ECF No. 3] Plaintiff Melisa D. Jobe and Defendants Walt McNeil and Wes Roberts parties hereby file a status report regarding discovery, and state:

    1.    Discovery in this matter closed on January 4, 2021. ECF No. 38.

    2.    On August 29, 2019, Defendant Sheriff served his First Request to Produce to Plaintiff Root. Plaintiff Root has not served a formal response to this request to produce.

    3.    On August 29, 2019, Defendant Sheriff served his First Request to Produce to Plaintiff Jobe. Plaintiff Jobe has not served a formal response to this request to produce, but has provided counsel for Defendants with copies of certain

1

responsive records.

4.  On August 29, 2019, Defendant Roberts served his First Request to Produce to Plaintiff Root. Plaintiff Root has not served a formal response to this request to produce.

5.  On August 29, 2019, Defendant Roberts served his First Request to Produce to Plaintiff Jobe. Plaintiff Jobe has not served a formal response to this request to produce, but has provided counsel for Defendants with copies of certain responsive records.

Respectfully submitted this 3rd day of June, 2021.

| | |
|---|---|
| */s/ Melisa D. Jobe* | */s/ Matthew J. Carson* |
| **MELISA D. JOBE** | **MATTHEW J. CARSON** |
| 1615 S. 116th E. Avenue | Florida Bar No. 0827711 |
| Tulsa, OK 74128 | Email: mcarson@sniffenlaw.com |
| 918-812-2237 | **MICHAEL P. SPELLMAN** |
| melisadeannjobe@gmail.com | Florida Bar No. 0937975 |
| *Plaintiff* | Email: mspellman@sniffenlaw.com |
| | |
| | **SNIFFEN & SPELLMAN, P.A.** |
| | 123 North Monroe Street |
| | Tallahassee, Florida 32301 |
| | Telephone:  850-205-1996 |
| | Facsimile:  850-205-3004 |
| | ***Attorneys for Defendants*** |

## NOTE REGARDING PLAINTIFF HARLEY ROOT

Undersigned counsel for Defendants was unable to obtain consent from Plaintiff Harley Root to add his electronic signature to this document. Mr. Root did not provide his consent to file the prior status report, either. See, ECF No. 61.

Mr. Root has expressed to undersigned counsel – repeatedly and in no uncertain terms – that he no longer wishes to pursue this litigation. Undersigned counsel prepared a stipulation of dismissal with prejudice for Mr. Root's consideration, but Mr. Root was unable to print the document for signature. Undersigned counsel has not been able to mail Mr. Root a hard copy of the document because Mr. Root has refused to provide a mailing address.

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via the Court's CM/ECF system to counsel of record this 3rd day of June, 2021.

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**