IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARLEY D. ROOT, JR., and
MELISA D. JOBE,**

    *Plaintiffs*,

v.                                             Case No.: 4:19cv347-MW/MAF

**WALT MCNEIL, Leon
County Sheriff, et al.,**

    *Defendants*.

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 64. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 64, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to comply with discovery requests and the Court's discovery orders pursuant to Fed. R. Civ. P. 37(b)(2)(v) and for failure

to respond to the Court's show cause order, pursuant to Fed. R. Civ. P. 41(b) and N.D. Fla. Loc. R. 41.1." The Clerk shall close the file.

**SO ORDERED on July 26, 2021.**

                                            <u>s/Mark E. Walker</u>
                                            **Chief United States District Judge**